IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:17cr513-11 |
| | ) | |
| Plaintiff, | ) | SR. JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY MACK, | ) | |
| | ) | |
| Defendant. | ) | ORDER |
| | ) | |

This matter was before the Court on November 4, 2021, for hearing on the Government's request for revocation of Defendant Jeffrey Mack's supervised release. The Defendant was present and represented by counsel.

An Initial Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on May 12, 2021, at which defendant was advised of the following violations contained in the Violation Report ("Report"): 1) New Law Violation; 2) Failure to Notify Probation Officer Within 72 Hours of Being Arrested or Questioned by a Law Enforcement Officer; and 3) Failure to Notify Probation Officer Within 72 Hours of Being Arrested or Questioned by a Law Enforcement Officer. The matter was stayed pending disposition of Defendant's state case.  On October 13, 2021, a Fact of Violation Hearing was conducted by Magistrate Judge Baughman, at which defendant admitted to Violations Nos. 1 and 2 of the Report. The Magistrate Judge issued a Report and Recommendation on October 13, 2021 which recommended that Violation No. 3 be dismissed.

The Courts adopts the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. and finds Defendant in violation of Violation Nos. 1 and 2 and dismisses Violation No. 3. Defendant's supervision to continue with the same conditions as previously imposed with the following added condition, **No Alcohol**.

IT IS SO ORDERED.

s/ Christopher A. Boyko
CHRISTOPHER A. BOYKO
SENIOR UNITED STATES DISTRICT JUDGE

DATED: November 4, 2021